No. 03–9638. ALEQUIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9648. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9649. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9652. STEWART v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9653. CARMONA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9673. BROOKS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9676. CHAVEZ-GUERRERO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9677. COLEMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9678. EMMANUEL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9680. DIAZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9681. VILLEGAS-MIRANDA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9684. WHEELER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9691. SKINNER v. WILEY, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 03–9700. LONDONO-MEJIA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–9703. SAUNDERS v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 03–9704. REED v. UNITED STATES. C. A. 9th Cir. Certiorari denied.